UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| David T. Clos, | Court File No. 06-CV-4916 PAM/FLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| State of Minnesota; Joan Fabian, Commissioner of the Minnesota Department of Corrections; Wright County, a political subdivision;  Gary Miller, Sheriff of Wright County; Corrections Corporation of America, a corporation; and Daren Swenson, Warden, | **TO WAIVE JURY TRIAL** |
| Defendants. | |

_____

The parties in this action, through their undersigned counsel, pursuant to Rule 38(d) of the Federal Rules of Civil Procedure, hereby stipulate, agree and consent to withdraw all demands for trial by jury and stipulate and agree to a trial by the Court of all issues in the above-captioned matter.

Dated:  March 5, 2009.                                   Dated:  March 5, 2009.

RICHARD I. DIAMOND, P.A.                    BEST & FLANAGAN LLP

By:  s/Richard I. Diamond_____          By:  s/Sarah Crippen Madison_____
     Richard I. Diamond (#22585)                  Sarah Crippen Madison (#223074)
601 Carlson Parkway, Suite 1050                  Kathleen M. Daly (#314390)
Minnetonka, MN 55305                          225 South Sixth Street, Suite 4000
763.545.4474                                  Minneapolis, MN 55402
                                              612.339.7121
ATTORNEYS FOR PLAINTIFF
DAVID T. CLOS                                 ATTORNEYS FOR DEFENDANTS
                                              CORRECTIONS CORPORATION
                                              OF AMERICA AND DAREN SWENSON

APPROVED and SO ORDERED:


Dated: March ___15__, 2009.                    BY THE COURT:



                                               _s/Paul A. Magnuson_____
                                               The Honorable Paul A. Magnuson
                                               Judge of United States District Court