UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David T. Clos

        Plaintiff.　　　　　　　　Civil 06-4916 (PAM/FLN)

v.

**ORDER OF DISMISSAL**

State of Minnesota, et al.

        Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: December  14 , 2010

                          *s/Paul A. Magnuson*
                          Paul A. Magnuson, Judge
                          United States District Court